# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **08-11096-JA** |
| | § | |
| **LITTLE, TODD G.** | § | Chapter **7** |
| **LITTLE, SHARON M.** | § | |
| | § | Judge: **AUG** |
| Debtor(s). | § | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $30.66 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | 000001 | 4.52 |
| Emergency Specialists<br>c/o FFCC- Columbus<br>1550 Henderson Road<br>Columbus, OH 43220 | 000002 | 1.12 |
| Cincinnati Bell Telephone<br>221 E 4th street<br>ML346 325<br>Cincinnati OH 45202 | 000010 | 4.10 |
| LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000014 | 0.85 |
| HSBC Bank Nevada and its Assigns<br>by eCAST Settlement Corporation<br>as its agent<br>POB 35480<br>Newark NJ 07193-5480 | 000021 | 4.22 |

| | | |
|---|---|---|
| Fingerhut<br>PO Box 166<br>Newark, NJ 07101 | 000023 | 1.25 |
| Verizon Wireless<br>PO Box 3397<br>Bloomington IL 61701 | 000024 | 3.74 |
| Duke Energy Shared Services, Inc.<br>EF367 - PO Box 960<br>Cincinnati OH 45273-9598 | 000031 | 0.74 |
| Duke Energy Shared Services, Inc.<br>EF367 - PO Box 960<br>Cincinnati OH 45273-9598 | 000032 | 0.40 |
| Duke Energy Shared Services, Inc.<br>EF367 - PO Box 960<br>Cincinnati OH 45273-9598 | 000033 | 4.86 |
| GHA<br>4600 Wesley Ave<br>Suite N<br>Cincinnati OH 45212<br>Attn Credit/Col Dept | 000034 | 2.57 |
| Duke Energy Shared Services, Inc.<br>EF367 - PO Box 960<br>Cincinnati OH 45273-9598 | 000035 | 2.29 |

Dated: 8/27/10

/s/ Norman L. Slutsky
Norman L. Slutsky, Trustee

cc:   U.S. Trustee